

**ORDERED in the Southern District of Florida on July 6, 2017.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

IN RE:                                                                    CASE NO.:          17-14393-EPK

LISA A. DOWD,

        Debtor.
_____/

### ORDER GRANTING DEBTOR'S COUNSEL'S EMERGENCY MOTION TO WITHDRAW [DE 21]

THIS MATTER having come before the Court on June 21, 2017 upon the Debtor's Counsel's Emergency Motion to Withdraw [**DE 21** the "Motion"] and based upon the Movant's assertions made in support of the Motion, having considered the record in this case and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED as follows:**

1.      The Motion to Withdraw is hereby **GRANTED.**

2.      Adam I. Skolnik, Esq. and the Law Office of Adam I. Skolnik, P.A. shall refund directly to Debtor the sum of $1,700.00 previously received by or on behalf of the Debtor.

{00062288;3}

3.    Adam I. Skolnik, Esq. and the Law Office of Adam I. Skolnik, P.A. shall

have no further responsibility to act on behalf of the Debtor, LISA A.

DOWD.

4.    Adam I. Skolnik, Esq. and the Law Office of Adam I. Skolnik, P.A. shall

not receive any further compensation in connection with this case.

5.    All further correspondence, pleadings, and motions shall be forwarded to

Debtor's new counsel, JOHN MOFFA, Esq., Moffa & Breuer, PLLC, 1776

North Pine Island Road, Suite 102, Plantation, Florida 33322.

**###**

**Submitted by:**

Adam I. Skolnik, Esq.
Adam I. Skolnik, P.A.
1761 W. Hillsboro Blvd., Suite 201
Deerfield Beach, Florida 33442
Telephone:  561.265.1120
Facsimile:   561.265.1828
askolnik@skolniklawpa.com

(*Counsel for Movant shall serve receipt a copy of this Order upon all parties of record and file a certificate of service with this Court.*)

{00062288;3}