Dear U.S. Bankruptcy Court,                                                                                              7-5-17

I am contacting you to request that my previous attorney's name be taken off of the service list regarding my case and any filings in my case.

The attorneys name is: Adam I. Skolnik, Esquire

        1761 West Hillsboro Boulevard #201

        Deerfield Beach, Florida

        33442

Case #: 17-14393-BKC-EPK

Thank you,

Lisa Dowd

115 Highland Lane

Delray Beach, Florida

33444

561-306-3093



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

JUL 1 0 2017

FILED ___ RECEIVED ___

Lisa Dowd
115 Highland Ln.
Delray Beach, FL 33444-4153

U.S. Bankruptcy Court
1515 N. Flagler Drive
West Palm Beach, Florida
#801
33401

33401-343101